UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL LABOR RELATIONS BOARD,

    Plaintiff,

Case No. 1:10-mc-10

v.

Hon. Janet T. Neff

RANDOM ACQUISITIONS, LLC,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation, (Dkt. 16) of the Magistrate Judge, filed September 30, 2010, is approved and adopted as the opinion of the court.


Dated: October 25, 2010            /s/Janet T. Neff
                                                JANET T. NEFF
                                                UNITED STATES DISTRICT JUDGE